UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
2017 JAN -5 PM 4: 29


| | |
|---|---|
| Bernadette Rolen et al, | Case No. 1:12cv1914 |
| Plaintiffs, | Judge Solomon Oliver, Jr. |
| vs. | Mediated by: Judge Dan Polster |
| City of Cleveland et al, | **STIPULATED DISMISSAL ENTRY** |
| Defendants. | |

At the request of Judge Solomon Oliver, Jr., the Court held a Settlement Conference January 5, 2017, at which time the Court mediated a settlement. Accordingly, we, the attorneys for the respective parties, do hereby stipulate that the above-captioned case is settled and dismissed with prejudice, subject to the approval of Probate Court, each party to pay its own costs.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

_____
Attorney for Plaintiffs

_____
Attorney for Defendant City of Cleveland

_____
Attorney for Defendant Craska

_____
Attorney for Defendant Mindek

**IT IS SO ORDERED.**

_____  1/5/17
**Dan Aaron Polster          Date
United States District Judge**