UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BERNADETTE ROLEN, *et al.*, | ) | Case No.: 1:12 CV 1914 |
| | ) | |
| Plaintiffs | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, *et al.*, | ) | |
| | ) | |
| Defendants | ) | <u>ORDER</u> |

The court has been advised by Judge Daniel A. Polster, mediator in this case, that the parties reached a settlement, subject to approval of the Probate Court (ECF No. 74). Therefore, it is not necessary that the action remain upon the calendar of the court.

IT IS SO ORDERED that this action is administratively closed and will be formally closed after approval of the Probate Court. The court may vacate this Order and reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary. Further, the court retains jurisdiction to address any issues related to the parties' agreement and its presentation to the Probate Court.

IT IS SO ORDERED.

/S/ SOLOMON OLIVER, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT

January 31, 2017